UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Kyo Ok Goo on behalf of herself and all others similarly situated,

          Plaintiff,

  -against-

HAND Hospitality LLC, Cho Dang Gol LLC, Toledo 53 Inc. and Kihyun Lee,

          Defendant.
------------------------------------------------------------------X

Index No.: 23-CV-8235

**ANSWER**

**JURY DEMANDED**

Defendants HAND Hospitality LLC, Cho Dang Gol LLC, Toledo 53 Inc. and Kihyun Lee, by and through their attorneys, Song Law Firm, LLC, upon personal knowledge as to themselves and upon information and belief as to other matters, answers the Complaint and alleges as follows:

## NATURE OF THE CLAIMS

1. Denied.

2. This is an issue of law, not of fact.

3. This is an issue of law, not of fact.

## JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

## PARTIES

6. Ms. Goo's status as an employee is an issue of law, not of fact.  Otherwise admitted.

7. Admitted.

8. Denied as to operating the restaurant.  Otherwise admitted.

9. Admitted.

10. Denied.

11. Denied.

## FACTUAL ALLEGATIONS

### Minimum Wage and Overtime Wage Violations

12. Denied.

13. Denied.

14. Denied.

15. Denied.

### FLSA §203(m)(2)(B) and New York Labor Law §196-d Violations

16. Denied.

17. Denied.

### Shaving Time

18. Denied.

19. Denied.

20. Denied.

### Wage Notice and Wage Statement Violations

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## FLSA COLLECTIVE ACTION ALLEGATIONS

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

### **RULE 23 CLASS ACTION ALLEGATIONS**

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

**FIRST CLAIM FOR RELIEF**
**(Failure to Pay Minimum Wages in Violation of the FLSA)**

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

**SECOND CLAIM FOR RELIEF**
**(Failure to Pay Overtime Wages in Violation of the FLSA)**

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

**THIRD CLAIM FOR RELIEF**
**(Unlawful Deduction of Wage Under the FLSA)**

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

**FOURTH CLAIM FOR RELIEF**
**(Failure to Pay Minimum Wage in Violation of the NYLL)**

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

## FIFTH CLAIM FOR RELIEF
### (Failure to Pay Overtime Wages in Violation of the NYLL)

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

## SIXTH CLAIM FOR RELIEF
### (Failure to Pay Wages for All Hours Worked/Straight Time Wages)

78. Denied.

79. Denied.

80. Denied.

81. Denied.

## SEVENTH CLAIM FOR RELIEF
### (Failure to Issue Wage Notices)

82. Denied.

83. Admitted.

84. Denied.

85. Denied.

### **EIGHTH CLAIM FOR RELIEF**
**(Failure to Furnish Wage Statements/Pay Stubs)**

86. Denied.

87. Admitted.

88. Denied.

89. Denied.

### **NINTH CLAIM FOR RELIEF**
**(Unlawful Retaliation Under the FLSA)**

90. Denied.

91. Admitted.

92. Denied.

### **PRAYER FOR RELIEF**

A. Denied.

B. Denied.

C. Denied.

D. Denied.

E. Denied.

F. Denied.

G. Denied.

H. Denied.

I. Denied.

J. Denied.

K. Denied.

## AFFIRMATIVE DEFENSES

### FIRST SEPARATE DEFENSE

The Complaint fails to state a claim upon which relief may be granted and should be dismissed.

### SECOND SEPARATE DEFENSE

The Complaint is barred by Plaintiffs' own acts and/or omissions.

### THIRD SEPARATE DEFENSE

The Complaint is barred by the Doctrine of Waiver.

### FOURTH SEPARATE DEFENSE

The Complaint is barred by the Doctrine of Estoppel.

### FIFTH SEPARATE DEFENSE

The Complaint is barred by the Doctrine of Laches.

### SIXTH SEPARATE DEFENSE

The Complaint is barred by the Statute of Limitations.

### SEVENTH SEPARATE DEFENSE

Plaintiffs have failed to mitigate any alleged damages. Consequently, such claims, if any, must be reduced, excused, or discharged.

### EIGHTH SEPARATE DEFENSE

The damages alleged by the Plaintiff, if any, are as a result of the actions and/or inactions of the Plaintiffs, their agents, servants, employees or representatives. As such, Plaintiffs' claims, if any, must be reduced or barred accordingly.

### NINTH SEPARATE DEFENSE

The Defendants did not breach any duty to the Plaintiff.

### TENTH SEPARATE DEFENSE

Plaintiff's Complaint is frivolous, and the Defendants hereby demand sanctions pursuant to N.J.S.A. 2A:15-59.1

### RESERVATION AND NON-WAIVER

Answering Defendants reserve and do not waive any additional defenses as may be revealed by information subsequently acquired in discovery or otherwise.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendants HAND Hospitality LLC, Cho Dang Gol LLC, Toledo 53 Inc. and Kihyun Lee respectfully request that this Court enter judgment against Plaintiff as follows:

A. Dismissing the complaint with prejudice and denying the requests for relief set forth therein; and

B. Granting it such other and further relief as the Court deems just and equitable.

**SONG LAW FIRM LLC**
**ATTORNEYS FOR DEFENDANTS**

Dated: November 10, 2023      */s/ Joshua S. Lee*
                              **JOSHUA S. LEE, ESQ.**