UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　:
KYO OK GOO, *on behalf of herself and all*　　　:
*others similarly situated*,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiff,　　　　　:　　　23-cv-08235 (VSB)
　　　　　　　　　　　　　　　　　　　　　　　　:
-against-　　　　　　　　　　　　　　　　　　　　:　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　:
HAND HOSPITALITY LLC, et al.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendants.　:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

　　　The Court is aware that Plaintiff filed a letter in *Son et al. v. HAND Hospitality LLC, et al.*, No. 22-cv-4639 (Doc. 54), seeking to consolidate the two actions under Rule 42(a) of the Federal Rules of Civil Procedure. Because *Son* is assigned to Magistrate Judge Lehrburger on consent, *Son et al. v. HAND Hospitality LLC, et al.,* No. 22 cv 4639 (Doc. 44), the parties in this case, should they wish to consolidate the two actions, must first file a signed Form AO 85 consenting to proceed before a Magistrate Judge. Accordingly, it is hereby:

　　　ORDERED that the parties shall submit a joint letter by November 20, 2023, indicating whether they intend to file a signed Form AO 85 consenting to proceed before a Magistrate Judge. After the Form is filed, any request to consolidate the two actions can be considered.

SO ORDERED.

Dated: November 15, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge