

January 12, 2024

**VIA ECF**

Honorable Vernon S. Broderick
Thurgood Marshall
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
> VERNON S. BRODERICK
> U.S.D.J.
>
> The parties shall submit a joint letter, by March 18, 2024, advising whether they wish to participate in the Court's mediation program or schedule a conference with a magistrate judge for settlement negotiations.
>
> Dated:  January 16, 2024

**Re:    Goo v. HAND Hospitality LLC et al., 23-cv-08235**

Dear Judge Broderick,

This office represents the plaintiff in the above-captioned matter.

The court directed this case to undergo court-annexed mediation, and the initial mediation conference is set to take place with Ms. Miriam Clark on January 30, 2024. However, the Plaintiff wishes to postpone the mediation conference because both parties need to conduct electronic discovery first to facilitate a more productive mediation process.

The Plaintiff informed us that the defendant uses Point-of-Sale System (POS) to administer employees' clock in and out time. However, the manager of defendant restaurant often manually altered the time record so any time record defendants would produce is not going to be accurate and it would be necessary to retain a forensic expert to examine the digital record is necessary. Without the verified time record, the upcoming mediation conference may not lead to a resolution.

As a result, the Plaintiff is seeking an adjournment of the mediation conference until a later date, following the completion of electronic discovery by both parties.

.
Respectfully submitted,

 /s/  Ryan J. Kim

Ryan J. Kim, Esq.
Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
ryan@ryankimlaw.com