UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
KYO OK GOO, *on behalf of herself and all* :
*others similarly situated*, :
:
                                    Plaintiff, :                23-cv-8235 (VSB)
:
              -against- :                  **ORDER**
:
HAND HOSPITALITY LLC, *et al.*, :
:
                             Defendants. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On July 2, 2024, I granted Plaintiff leave to file an amended complaint. (Doc. 30.) To date, however, Plaintiff has neither amended its complaint nor demonstrated an intent to continue prosecuting this case. Accordingly, Plaintiff is directed to file an amended complaint or otherwise demonstrate that it intends on prosecuting this case by August 13, 2024. If Plaintiff fails to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 5, 2024
             New York, New York

                                                                    VERNON S. BRODERICK
                                                                  United States District Judge