UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :

KYO OK GOO and HEESUN HWANG, *on behalf of themselves and all others similarly situated*,

                              Plaintiffs,

                -against-

HAND HOSPITALITY LLC, *et al.*,

                            Defendants.

-----------------------------------------------------------X

23-CV-8235 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On August 8, 2024, Plaintiffs filed a First Amended Complaint. (Doc. 37.) The deadline for Defendants to respond to Plaintiffs' complaint was August 22, 2024. Fed. R. Civ. P. 15(a)(3). To date, Defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than September 4, 2024. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 27, 2024
             New York, New York

*/s/ Vernon S. Broderick*
VERNON S. BRODERICK
United States District Judge