```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KYO OK GOO and HEESUN HWANG, on                            :
behalf of themselves and all others similarly              :
situated,                                                  :
                                                           :     23-CV-8235 (VSB)
                                    Plaintiffs,            :
                                                           :        ORDER
                  -against-                                :
                                                           :
HAND HOSPITALITY LLC, et al.,                              :
                                                           :
                                    Defendants.            :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

The Clerk of the Court has entered Certificates of Default in this matter. (Docs. 47, 48, 49, 52.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: September 4, 2024
       New York, New York

                                         *[signature: Vernon Broderick]*
                                         _____
                                         Vernon S. Broderick
                                         United States District Judge