UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KYO OK GOO and HEESUN HWANG, *on* :
*behalf of themselves and all others similarly* :
*situated*, :
: 23-CV-8235 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
:
HAND HOSPITALITY LLC, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The hearing currently scheduled on October 30, 2024 at 2:00 pm is hereby adjourned to October 30, 2024 at 3:00 pm. Parties shall appear telephonically. The dial-in number for this hearing is 888-363-4749, and the access code is 2682448.

SO ORDERED.

Dated: October 9, 2024
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge