UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Case No. 23-CV-8235
Kyo Ok Goo and Heesun Hwang, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

    -against-                                 **ANSWER TO FIRST AMENDED COMPLAINT**

HAND Hospitality LLC, Cho Dang Gol LLC,
Toledo 53 Inc., and Kihyun Lee,

                Defendants.
-----------------------------------------------------------------X

       Defendants HAND Hospitality LLC, Cho Dang Gol LLC, Toledo 53 Inc., and Kihyun Lee (collectively, "Defendants"), by and through their attorneys, hereby submit their Answer to Plaintiffs' First Amended Complaint, responding to each allegation as follows:

## NATURE OF THE CLAIMS

1. Denied.

2. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

3. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

4. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

## JURISDICTION AND VENUE

5. Defendants admit that this Court has jurisdiction over Plaintiffs' claims but deny any liability under such claims.

6. Defendants admit that venue is proper but deny any wrongdoing or liability.

## PARTIES

7. Defendants admit Plaintiff's employment history. The remainder of this paragraph calls for a legal conclusion and Plaintiffs are left to their proofs.

8. Defendants admit Plaintiff's employment history. The remainder of this paragraph calls for a legal conclusion and Plaintiffs are left to their proofs.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted as to the restaurant's existence. The remainder of this paragraph calls for a legal conclusion and Plaintiffs are left to their proofs.

13. Admitted as to Mr. Lee's position. The remainder of this paragraph calls for a legal conclusion and Plaintiffs are left to their proofs.

## FACTUAL ALLEGATIONS

### Wage Theft & Underpayment Claims

14. Denied.

15. Denied.

16. Denied.

17. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

18. Denied.

19. Denied.

20. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

21. Denied.

22. Denied.

**FLSA § 203(m)(2)B) and New York Labor Law § 196-d Violations**

23. Denied.

24. Denied.

**Shaving Time**

25. Denied.

26. Denied.

27. Denied.

**Wage Notice and Wage Statement Violations**

28. Denied.

29. Denied.

30. Denied.

31. Denied.

**Unlawful Retaliation Against Plaintiff**

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

## FLSA COLLECTIVE ACTION ALLEGATIONS

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

## RULE 23 CLASS ACTION ALLEGATIONS

45. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

### FIRST CLAIM FOR RELIEF
**(Failure to pay Minimum Wages in Violation of the FLSA)**

63. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

64. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

### SECOND CLAIM FOR RELIEF
**(Failure to Pay Overtime Wages in Violation of the FLSA)**

69. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

70. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

### THIRD CLAIM FOR RELIEF
(Unlawful Deduction of Wage Under the FLSA)

75. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

76. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

77. Denied.

78. Denied.

79. Denied.

### FOURTH CLAIM FOR RELIEF
(Illegal Retention of Gratuities Under the FLSA)

80. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

81. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

82. Denied.

83. Denied.

### FIFTH CLAIM FOR RELIEF
(Failure to Pay Minimum Wage in Violation of the NYLL)

84. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

85. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

## SIXTH CLAIM FOR RELIEF
**(Failure to Pay Overtime Wages in Violation of the NYLL)**

90. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

91. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

## SEVENTH CLAIM FOR RELIEF
**(Failure to Pay Wages for All Hours Worked/Straight Time Wages)**

96. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

97. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

98. Denied.

99. Denied.

## EIGHTH CLAIM FOR RELIEF
### (Failure to Issue Wage Notices)

100. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

101. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

102. Denied.

103. Denied.

## NINTH CLAIM FOR RELIEF
### (Failure to Furnish Wage Statements/Pay Stubs)

104. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

105. The allegations contained in this paragraph call for a legal conclusion and Plaintiffs are left to their proofs.

106. Denied.

107. Denied.

## TENTH CLAIM FOR RELIEF
### (Unlawful Retaliation Under the FLSA)

108. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

109. There are no allegations against the Defendants contained in this paragraph. Therefore, no response is required. To the extent there are any allegations against the Defendants contained in this paragraph, they are denied.

110. Denied.

## AFFIRMATIVE DEFENSES

1. Failure to State a Claim on which relief can be granted.

2. Good Faith Compliance

3. Defendants complied with all wage and labor laws.

4. Plaintiffs Lack Standing

5. Certain claims are barred by applicable statutes of limitations.

6. Termination of Plaintiff Hwang was based on documented misconduct, not retaliation.

7. Plaintiffs were at-will employees and could be terminated for lawful reasons.

## PRAYER FOR RELIEF

WHEREFORE, Defendants request that the Court:

A. Dismiss Plaintiffs' Complaint in its entirety with prejudice;

C. Award Defendants attorneys' fees and costs;

D. Grant any other relief the Court deems just and proper.

## JURY DEMAND

Defendants demand a trial by jury on all triable issues.

Dated: Fort Lee, New Jersey
February 7, 2025

**Respectfully submitted,**

SONG LAW FIRM

*/s/ Howard Z. Myerowitz*
Howard Z. Myerowitz, Esq. (HM0972)
401 Kelby Street, Suite 1900
Fort Lee, NJ 07024
T. (201) 461-0031
F. (201) 461-0032
Attorneys for Defendants
hmyerowitz@songlawfirm.com